UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARMAND STANSBURY,<br><br>　　　　Defendant | Case No.: 2:21-cv-06675-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE RULE 26(f) REPORT |

　　The Court issued an order setting Mandatory Rule 26(f) Scheduling Conference for November 12, 2021. Under the Court's MSC Order, the parties' Joint Rule 26(f) report was due no later than by November 2, 2021.

　　IT IS HEREBY ORDERED that the parties are to show cause and file a response declaration **by no later than 9:00 a.m. on November 10, 2021**, why the Court should not issue sanctions, including dismissal for failure to prosecute, for failure to comply with the Court's MSC Order, Fed. R. Civ. P 26(f), and L.R. 26-1. The Court may construe the failure to file the Joint Rule 26(f) report **by November 9, 2021** as consent to dismiss.

DATED: November 8, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge